UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRIAN EDWARD DESKINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.: 3:14-CV-233-TAV-HBG |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This civil matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge H. Bruce Guyton on February 19, 2015 [Doc. 23]. In the R&R, Magistrate Judge Guyton recommends that the Court grant plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (EAJA) [Doc. 21], and award plaintiff $4,617.00 for attorneys' fees and $419.08 for costs and expenses that he incurred in litigating this case. Neither party has objected to the R&R.

Upon *de novo* review, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 23]. Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act (EAJA) [Doc. 21] is **GRANTED**. In accordance with defendant's request that the Court specify the amount of costs and expenses separately for accounting purposes [Doc. 22], it is **ORDERED** that attorneys' fees in the amount of **$4,617.00**, costs in the amount of **$400.00**, and expenses in the

amount of **$19.08** be payable to plaintiff under the Equal Access to Justice Act. 28 U.S.C. § 2412.

IT IS SO ORDERED.


s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

2

Case 3:14-cv-00233-TAV-HBG   Document 24   Filed 03/12/15   Page 2 of 2   PageID #: 1029